192 So. 912
**C. L. CARTER v. STATE.**
**5 Div. 90.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

196 So. 900
**Leonard CASWELL v. STATE.**
**6 Div. 507.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

195 So. 907
**Ralph CAYLOR v. STATE.**
**4 Div. 574.**

Court of Appeals of Alabama.
April 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

199 So. 907
**Cecil CHAFIN v. STATE.**
**4 Div. 615.**

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

191 So. 927
**Ottis T. CHAMBERS v. STATE.**
**6 Div. 539.**

Court of Appeals of Alabama.
Oct. 3, 1939.

Ernest Galin, of Cullman, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

196 So. 900
**Z. B. CHAMBLEE et al. v. B. C.**
**GARMON, Adm'r.**
**6 Div. 653.**

Court of Appeals of Alabama.
April 30, 1940.

M. B. Grace, of Birmingham, for appellants.
Harsh, Harsh & Hare, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.